# In the United States District Court For the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| CHARLIE WILLIAMS, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 2:21-cv-74 |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:19-cr-67) |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. Movant Charlie Williams ("Williams") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS as unopposed** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Williams' 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Williams a Certificate of Appealability and *in forma*

*pauperis* status on appeal.

SO ORDERED, this 27 day of October, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)