# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

```
UNITED STATES OF AMERICA,    )
                             )
                             )    CR 219-067
v.                           )
                             )
                             )
CHARLIE WILLIAMS,            )
                             )
     Defendant.              )
```

**ORDER**

Before the Court is Defendant Charlie Williams's Motion for the United States to Dismiss the Indictment, dkt. no. 88, filed pursuant to Federal Rule of Criminal Procedure 48(a). Defendant avers that impropriety on the party of a federal agent during the investigation of his case "requires that the United States file[] a motion to dismiss" under Rule 48(a). Dkt. No. 88 at 3.

Rule 48(a) provides, "The government may, with leave of court, dismiss an indictment, information, or complaint. The government may not dismiss the prosecution during trial without the defendant's consent." By its very terms, Rule 48(a) allows the Government, not the Defendant, to file a motion to dismiss. Accordingly, Rule 48(a) does not offer Defendant the relief he seeks. His motion, dkt. no. 88, is therefore **DENIED**.

Furthermore, in order to attack the legality of his sentence, which is what Defendant is trying to do, Defendant

must petition for habeas corpus relief under 28 U.S.C. § 2255 by filing a motion to vacate, set aside, or correct his sentence. Should Defendant choose to file such a motion, it will be subject to the statutory restriction on "second and successive" § 2255 motions. <u>See</u> 28 U.S.C. § 2255(b) and 2255(h) (prohibiting claims in second or successive § 2255 motions except under certain circumstances).

**SO ORDERED**, this 2 day of October, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA